IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FREDERICK L. KAY,

    Plaintiff,

v.

ST. FRANCIS HOSPITAL,

    Defendant.

No. C 06-00042 JSW

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

On January 12, 2006, this Court issued an Order denying Plaintiff's application to proceed in forma pauperis without prejudice and dismissing this matter with leave to amend. Plaintiff was ordered to file an amended complaint by February 13, 2006. The Plaintiff has not filed an amended complaint within the time period contemplated by the Court's Order. Accordingly, the case is dismissed without prejudice for failure to prosecute. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: February 21, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE